Decision Per Curiam.

Evelyn G. Clarkson, as Executrix of the last will and testament of James L. Clarkson, deceased, Plaintiff in Error, vs. John A. Gilbert, William S. Louderback and Edward S. Sweet, formerly partners under the firm name of Louderback, Gilbert and Company, Defendants in Error.

Writ of error to Circuit Court, Osceola county; John D. Broome, Judge.

*Shackleford & Pettingill,* for Plaintiff in Error.

*Beggs & Palmer,* for Defendants in Error.

---

Memorandum Decisions.

---

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.